AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Reagan, Michael J. | **2. Court or Organization**<br><br>Southern District of Illinois | **3. Date of Report**<br><br>03/21/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Chief Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |
| **7. Chambers or Office Address**<br><br>750 Missouri Avenue<br>East St. Louis, IL 62201 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judicial Conference of the United States |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT & T | A | Dividend | K | T | | | | | |
| 2.  Apple | A | Dividend | L | T | Buy | 05/26/17 | K | | |
| 3.  Johnson & Johnson | B | Dividend | L | T | Sold (part) | 05/26/17 | L | E | |
| 4.  Intel Corp | B | Dividend | K | T | | | | | |
| 5.  Campbell Soup Co | A | Dividend | J | T | | | | | |
| 6.  McKesson Stock | A | Dividend | K | T | | | | | |
| 7.  Sysco Co Stock | B | Dividend | L | T | | | | | |
| 8.  United Technologies Co Stock | B | Dividend | L | T | | | | | |
| 9.  Dominion Energy | C | Dividend | L | T | | | | | |
| 10.  Northern Tr Corp | A | Dividend | K | T | | | | | |
| 11.  New York Times | A | Dividend | | | Sold | 06/14/17 | J | A | |
| 12.  J P Morgan Chase | A | Dividend | K | T | | | | | |
| 13.  General Electric Stock | A | Dividend | K | T | | | | | |
| 14.  Raymond James Bank Deposit Account | A | Interest | M | T | Buy (add'l) | 12/29/17 | L | | |
| 15.  Kellog Co | A | Dividend | K | T | | | | | |
| 16.  Monsanto Co | A | Dividend | J | T | | | | | |
| 17.  First Trust Interest Rate Hedge Ser 94 | A | Dividend | | | Sold | 03/28/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Raymond James Bank Deposit Account | A | Interest | J | T | | | | | |
| 19. Franklin Income Fund | B | Dividend | K | T | Buy (add'l) | 12/04/17 | J | | |
| 20. Pimco Income Stgy Fd | B | Dividend | J | T | Buy (add'l) | 02/09/17 | J | | |
| 21. IRA #3 - TD Bank NA Bank Account | | None | J | T | | | | | |
| 22. Vanguard 500 Index | B | Dividend | L | T | Buy (add'l) | 12/26/17 | J | | |
| 23. Vanguard Total Stk Mkt | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 24. Netflix.com | A | Dividend | K | T | Buy | 10/05/17 | K | | |
| 25. Apple | A | Dividend | | | Buy | 03/02/17 | J | | |
| 26. Apple | A | Dividend | | | Sold | 03/17/17 | J | A | |
| 27. Apple | A | Dividend | | | Buy | 03/30/17 | J | | |
| 28. Apple | A | Dividend | | | Sold | 08/04/17 | K | A | |
| 29. Facebook Call | | None | | | Buy | 02/01/17 | J | | |
| 30. Facebook Call | | None | | | Sold | 03/01/17 | J | A | |
| 31. Amazon Call | | None | | | Buy | 04/27/17 | J | | |
| 32. Amazon Call | | None | | | Sold | 04/28/17 | J | A | |
| 33. Amazon Call | | None | | | Buy | 04/28/17 | J | | |
| 34. Amazon Call | | None | | | Sold | 05/01/17 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amazon Call | | None | | | Buy | 07/27/17 | J | | |
| 36. Amazon Call | | None | | | Sold | 07/28/17 | J | A | |
| 37. Amazon Call | | None | | | Buy | 07/28/17 | J | | |
| 38. Amazon Call | | None | | | Sold | 07/28/17 | J | B | |
| 39. Netflix Call | | None | | | Buy | 10/16/17 | J | | |
| 40. Netflix Call | | None | | | Sold | 10/20/17 | J | A | |
| 41. Facebook Call | | None | | | Buy | 11/03/17 | J | | |
| 42. Facebook Call | | None | | | Sold | 11/06/17 | J | B | |
| 43. Facebook Call | | None | | | Buy | 10/30/17 | J | | |
| 44. Facebook Call | | None | | | Sold | 11/03/17 | J | A | |
| 45. Priceline Call | | None | | | Buy | 11/06/17 | J | | |
| 46. Priceline Call | | None | | | Sold | 11/10/17 | J | D | |
| 47. Priceline Call | | None | | | Buy | 11/06/17 | J | | |
| 48. Priceline Call | | None | | | Sold | 11/10/17 | J | A | |
| 49. Vanguard Total Bond Mkt | A | Dividend | | | Sold | 10/03/17 | J | A | |
| 50. Vanguard Total Bond Mkt | A | Dividend | | | Sold | 10/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 03/21/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Reagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544